UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA


RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 MAY 15 P 4: 17

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff vs. Arnulfo Salazar-Molar Defendant(s) | CRIMINAL NO. 08CR1570-JLS<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

Mercedes Rivera Garcia

DATED: 5/15/08

NITA L. STORMES
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082